# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RANDEEP SINGH MANN,**  **PLAINTIFF**
**REG. #24775-009**

v.  Case No. 4:15-cv-00710 KGB/JTK

**DR. JOHNSON,** *et al*.  **DEFENDANTS**

**Consolidated With:**

**RANDEEP SINGH MANN,**  **PLAINTIFF**
**REG. #24775-009**

v.  Case No. 4:15-cv-00713 SWW/JTK

**DOES**  **DEFENDANTS**

## ORDER

Plaintiff Randeep Singh Mann, a federal inmate incarcerated at the Terre Haute Federal Correctional Institution, moves for consolidation of three civil rights actions filed *pro se* pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (Dkt. No. 7). Having reviewed the allegations in these cases, the Court finds that consolidation of two of these actions is appropriate. Therefore, the Court grans in part and denies in part Mr. Mann's motion to consolidate cases[1] (Dkt. No. 7). In accordance with the practice of the Eastern District of Arkansas, the first-filed case (*Mann v. Johnson, et al.*, Case

---

[1] Mr. Mann filed a motion to consolidate in *Mann v. Does, et. al.*, Case No. 5:15-cv-00369 BSM/JTR. United States District Judge Brian Miller denied Mr. Mann's motion after finding that Mr. Mann's claims were factually and legally unrelated to his claims in *Mann v. Dr. Johnson, et al.*, Case No. 4:15-cv-00710 KGB/JTK and *Mann v. Does*, Case No. 4:15-cv-713 SWW/JTK. The Court agrees with Judge Miller's analysis and denies Mr. Mann's motion to consolidate these cases with *Mann v. Does, et. al.*, Case No. 5:15-cv-00369 BSM/JTR.

No. 4:15-cv-00710 KGB/JTK) is hereby designated the lead case, and all future pleadings and filings shall be made and docketed in the lead case.

The Court directs Mr. Mann to comply with Magistrate Judge Jerome T. Kearney's earlier Order filed in this action (Dkt. No. 6). If Mr. Mann fails to submit either the $400 statutory filing fee or an *in forma pauperis* motion within 30 days of the entry date of this Order, his case may be dismissed pursuant to Local Rule 5.5.

So ordered this 26th day of January, 2016.

                                                                           *Kristine G. Baker*
                                                                           Kristine G. Baker
                                                                           United States District Judge