IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDEEP SINGH MANN,**      **PLAINTIFF**
**REG. #24775-009**

v.      Case No. 4:15-cv-00710 KGB/JTK

**DR. JOHNSON,** *et al*.      **DEFENDANTS**

Consolidated With:

**RANDEEP SINGH MANN,**      **PLAINTIFF**
**REG. #24775-009**

v.      Case No. 4:15-cv-00713 SWW/JTK

**DOES**      **DEFENDANTS**

### ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 13). The Court previously granted two motions for extensions of time to file objections filed by plaintiff Randeep Singh Mann (Dkt. Nos. 15; 17). Mr. Mann filed objections (Dkt. No. 18). After a review of Judge Kearney's Proposed Findings and Recommendations, Mr. Mann's objections, and a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in their entirety (Dkt. No. 13).

Judge Kearney also filed Proposed Findings and Recommendations in *Mann v. Does*, 4:15-cv-713 (E.D. Ark. filed Nov. 12, 2015), which was consolidated into this case (Dkt. No. 10). After a review of Judge Kearney's Proposed Findings and Recommendations, Mr. Mann's objections, and a *de novo* review of the record, the Court adopts the Proposed Findings and Recommendations in that case in their entirety (Dkt. No. 10).

Therefore, it is ordered that Mr. Mann's consolidated complaint is dismissed with prejudice as frivolous. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this the 30th day of November, 2016.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge