IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RANDEEP SINGH MANN,**                                                                                      **PLAINTIFF**
**REG. #24775-009**

v.                              Case No. 4:15-cv-00710 KGB/JTK

**DR. JOHNSON,** *et al*.                                                                                        **DEFENDANTS**

Consolidated With:

**RANDEEP SINGH MANN,**                                                                                      **PLAINTIFF**
**REG. #24775-009**

v.                              Case No. 4:15-cv-00713 SWW/JTK

**DOES**                                                                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed with prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

So adjudged this the 30th day of November, 2016.

_____
Kristine G. Baker
United States District Judge